IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                              RESPONDENT

v.                                             No. 1:11-cr-40009
                                               No. 1:13-cv-4003

DANIEL MILLER                                                                                              MOVANT

**ORDER**

      Movant, a Defendant in this criminal matter, has submitted his Supplemental Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. ECF No. 124. The Court has reviewed the supplemental motion and finds the following additional issues raised by Movant:

      1. Trial counsel was ineffective in (a) failing to object to Miller's "immunized" statements at trial, and (b) failing to subpoena his informant "contract" with the FBI.

      2. Miller's post arrest statements do not support a conspiracy conviction;

      3. The Government failed to prove the drug type and quantity to the jury at trial;

      4. The two-level increase for maintaining a drug premises was improperly applied by the Court;

      5. The Government violated the witness sequestration rule;

      6. The Government improperly used "outdated" prior convictions for criminal history calculation;

      7. The two-level increase for use of a minor during a drug transaction is in violation of Arkansas state law;

The United States of America should be allowed to respond to these additional issues.

      **IT IS HEREBY ORDERED** that the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to

the additional issues raised by the Supplemental Motion within twenty (20) days of the date of this Order.

**ENTERED** this **21st day of January 2014.**

       /s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE