IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                        RESPONDENT

v.                          No. 4:11-cr-40009-002
                            No. 4:14-cv-4010

REBECCA MILLER                                                  MOVANT

## ORDER

Movant, a Defendant in this criminal matter, has submitted her Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. ECF No. 125. The Court has reviewed the Motion and finds the Government should respond.

**IT IS HEREBY ORDERED** that the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Motion within sixty (60) days of the date of this Order.

**ENTERED** this **23rd day of January 2014.**

    /s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE